# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

FREEDOM MORTGAGE CORPORATION

)
*Plaintiff* )
v. ) Case No. 19-cv-00664
James M. Bullock, Jr. and Deborah DuRussel, et al )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FREEDOM MORTGAGE CORPORATION - Plaintiff .

Date: December 13, 2022

/s/ Tracy M. Fourtner

*Attorney's signature*

Tracy M Fourtner Esq.,

*Printed name and bar number*

1775 Wehrle Drive, Suite 100, Williamsville, NY 14221

*Address*

tfourtner@grosspolowy.com

*E-mail address*

(716) 204-1700

*Telephone number*

(716) 204-1702

*FAX number*