

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

August 14, 2023

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:         FREEDOM MORTGAGE CORPORATION vs. James M. Bullock, Jr. and Deborah DuRussel, et
            al.
Property:   4 KRAUSE STREET, BAY SHORE, NY 11706
Civil Action No.:       19-cv-00664

Dear Judge Garaufis:

     Plaintiff submitted a Motion for Default Judgment on January 12, 2023.  (EFC Documents 51-53). Your Honor referred the motion to Magistrate Judge Sanket J. Bulsara for a Report and Recommendation in June 6, 2023.  Magistrate Judge Bulsara issued a Report and Recommendation on August 4, 2023. (EFC Document 55).

     Upon review of the Report and Recommendation, Plaintiff respectfully requests permission to withdraw the pending Motion for Default Judgment, in order to comply with the recommendations made in the Magistrate's Report.

     Thank you for your time and consideration.

Very truly yours,

/s/  Tracy M. Fourtner
By: Tracy M Fourtner, Esq.